UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS<br>1917 Ashland Street<br>Houston, Texas 77008<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT<br>Secretary, United States Department<br>of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>        Defendant. | Case No. _____ |

## LOCAL RULE 26.1 CERTIFICATION

I, the undersigned counsel of record for the plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the plaintiffs which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

*/s/ Andrew Hurst*
―――――――――――――――――
Andrew L. Hurst, D.C. Bar # 455471
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200

Attorney for Plaintiffs

Of Counsel:
Kevin R. Barry
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200

Dated: September 9, 2005