# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

_____
                                                    )
SELECT SPECIALTY HOSPITAL –                         )
HOUSTON HEIGHTS                                     )
1917 Ashland Street                                 )
Houston, Texas 77008                                )
                                                    )
      Plaintiff                                   )
                                                    )
      v.                                          )    Case No.: 1:05-cv-01791 (RW)
                                                    )
MICHAEL O. LEAVITT,                                 )
Secretary, United States Department of              )
Health And Human Services                           )
200 Independence Avenue, S.W.                        )
Washington, D.C. 20201                              )
                                                    )
      Defendant                                   )
_____)

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related

papers to be delivered via United States certified mail to:


        Michael O. Leavitt
        Secretary, United States Department of
        Health and Human Services
        200 Independence Avenue, S.W.
        Washington, D.C. 20201
        SERVED:  November 28, 2005


Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic

Return Receipt as Proof of Service.

Respectfully submitted,


_/s/ Andrew L. Hurst____
Andrew L. Hurst
DC Bar #455471
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3317
(202) 414-9200
(202) 414-9299 (Facsimile)
ahurst@reedsmith.com

Counsel for Plaintiffs

Of Counsel:
Kevin R. Barry
REED SMITH LLP
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (Facsimile)
kbarry@reedsmith.com

Dated:  December 12, 2005