**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

**Michael O. Leavitt, Secretary**
**United States Department of**
**Health and Human Services**
**200 Independence Avenue, S.W.**
**Washington, DC 20201**

4a. Article Number
7099 3400 0011 3929 8955

4b. Service Type
- ☐ Registered          ☒ Certified
- ☐ Express Mail        ☐ Insured
- ☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
11-28-05

5. Received By: (Print Name)
LAWRENCE SAVOY

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
Lawrence Savoy

PS Form **3811**, December 1994     102595-99-B-0223     Domestic Return Receipt