UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – <br> HOUSTON HEIGHTS <br> 1917 Ashland Street <br> Houston, Texas 77008 <br><br> Plaintiff <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health And Human Services <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:05-cv-01791 (RW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROOF OF SERVICE**

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Kenneth L. Wainstein
>United States Attorney
>Department of Justice
>555 4th Street, N.W.
>Washington, D.C. 20530
>SERVED:  November 29, 2005

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

Respectfully submitted,

_/s/ Andrew L. Hurst____
Andrew L. Hurst
DC Bar #455471
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3317
(202) 414-9200
(202) 414-9299 (Facsimile)
ahurst@reedsmith.com

Counsel for Plaintiffs

Of Counsel:
Kevin R. Barry
REED SMITH LLP
1301 K. Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (Facsimile)
kbarry@reedsmith.com

Dated: December 13, 2005