| SENDER: <br>☐ Complete items 1 and/or 2 for additional services. <br>   Complete items 3, 4a, and 4b. <br>☐ Print your name and address on the reverse of this form so that we can return this card to you. <br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit. <br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number. <br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br><br>1. ☐ Addressee's Address <br>2. ☐ Restricted Delivery |
|---|---|
| 3. Article Addressed to: <br>**Kenneth L. Wainstein** <br>**United States Attorney** <br>**Department of Justice** <br>**555 4th Street, N.W.** <br>**Washington, DC 20530** | 4a. Article Number <br> 7099 3400 0011 3929 8948 <br> 4b. Service Type <br> ☐ Registered        ☒ Certified <br> ☐ Express Mail      ☐ Insured <br> ☒ Return Receipt for Merchandise  ☐ COD <br> 7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature *(Addressee or Agent)* | |

Is your RETURN ADDRESS completed on the reverse side?

PS Form **3811**, December 1994    102595-99-B-0223    Domestic Return Receipt

Thank you for using Return Receipt Service.