UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL –<br>HOUSTON HEIGHTS<br>1917 Ashland Street<br>Houston, Texas 77008<br><br>    Plaintiff<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>    Defendant | Case No.: 1:05-cv-01791 (RW) |

**PROOF OF SERVICE**

    I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

        Alberto R. Gonzales
        Attorney General of the U.S.
        Department of Justice
        950 Pennsylvania Ave., S.W.
        Washington, D.C. 20530
        SERVED:  November 29, 2005

    Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

          Respectfully submitted,


          _/s/ Andrew L. Hurst____
          Andrew L. Hurst
          DC Bar #455471
          REED SMITH LLP
          1301 K Street, N.W.
          Suite 1100 – East Tower
          Washington, D.C. 20005-3317
          (202) 414-9200
          (202) 414-9299 (Facsimile)
          ahurst@reedsmith.com

          Counsel for Plaintiffs

          Of Counsel:
          Kevin R. Barry
          REED SMITH LLP
          1301 K. Street, N.W.
          Suite 1100 – East Tower
          Washington, D.C. 20005
          (202) 414-9200
          (202) 414-9299 (Facsimile)
          kbarry@reedsmith.com

Dated:  December 13, 2005