UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL –<br>HOUSTON HEIGHTS,<br>1917 Ashland Street<br>Houston, Texas 77008,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

                                                                 Respectfully submitted,

                                                                 /s/
                                                PETER SMITH, D.C. Bar #465131
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               Civil Division
                                               555 4th Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 307-0372