UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL –<br>HOUSTON HEIGHTS,<br>1917 Ashland Street<br>Houston, Texas 77008,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 60 days, up to and including March 31, 2006, within which to respond to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

    1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

    2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 <u>et</u> <u>seq.</u>

    3. Agency counsel has not yet received the administrative record in this case, and has been advised by the Attorney Advisor for the Centers for Medicare & Medicaid Services the

official responsible for compiling the record, that it will not be available for several weeks.

4. Accordingly, Defendant's counsel will need additional time to adequately review the record and consult with her client before an appropriate response to Plaintiff's Complaint can be submitted.

5. The Secretary's response to Plaintiff's Complaint is currently due by January 30, 2005. Fed. R. Civ. P. 12(a)(3). In order to allow sufficient time for preparation of an appropriate response to Plaintiff's Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including March 31, 2006, within which to respond to the Complaint.

6. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will have no effect on any other deadlines since no scheduling order has yet been entered in this case.

7. On December 29 and 30, 2005, agency counsel conferred with Andrew L. Hurst of Plaintiff's counsel's office via telephone and e-mail. Mr. Hurst stated that his office has no objection to the requested relief.

9. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                           Respectfully submitted,

                                           /s/
                                         KENNETH L. WAINSTEIN
                                         United States Attorney
                                         D. C. Bar No. 451058

                                           /s/
                                         PETER S. SMITH
                                         Assistant United States Attorney
                                         D.C. Bar No. 465131
                                         Civil Division

        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 307-0372/FAX: (202) 514-8780


        _____/s/_____
        KAREN BELL EISENBERG
        Attorney
        U.S. Department of Health and Human Services
        Office of the General Counsel
        Centers for Medicare & Medicaid Services Division
        Room C2-05-23
        7500 Security Boulevard
        Baltimore, Maryland  21244-1850
        (410) 786-8854/FAX: (410) 786-5187

OF COUNSEL:

PAULA M. STANNARD
Acting General Counsel
KATHLEEN H. McGUAN
Associate General Counsel
MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation
United States Department of
  Health and Human Services