## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1791 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### **ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of January, 2006, it is

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before March 31, 2006.


Dated:

_____
UNITED STATES DISTRICT JUDGE