UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1791 (RBW) ECF |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

        Respectfully submitted,

        s/
        _____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        s/
_____
        PETER S. SMITH, D.C. BAR # 465131
        Assistant United States Attorney, Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been hand-delivered, Citi-Express, this 31th day of March, 2006, to:

Andrew L. Hurst
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005

          s/
      _____
      Peter S. Smith
      Assistant United States Attorney