UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS, </br></br>        Plaintiff,</br></br>        v.</br></br>TOMMY G. THOMPSON,</br>Secretary of Health and Human Services,</br></br>        Defendant. | )</br>)</br>)</br>)</br>)</br>)  Case No. 1:05CV01791 (RBW)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## JOINT NOTICE AND MOTION TO SET BRIEFING SCHEDULE

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiff Select Specialty Hospital-Houston Heights have conferred and agree that, because this is an Administrative Procedure Act record review case, discovery is not appropriate and the initial disclosure requirement and the obligation to have an initial scheduling conference do not arise. See Fed. R. Civ. P. 26(a)(E)(i), 26(f); LCvR 16.3(b)(1). Accordingly, the parties ask that they be relieved from the obligation to attend the Initial Scheduling Conference which the Court has scheduled for July 31, 2006. Furthermore, the parties agree that this case should be disposed of on the basis of cross-motions for summary judgment and that a short delay in the onset of briefing is desirable so that the settlement discussions now underway may continue and be given a chance to potentially bear fruit. The parties respectfully submit the following proposed schedule for the submission of their respective briefs:

September 8, 2006:         Plaintiff's Motion for Summary Judgment

November 7, 2006:         Defendant's Opposition and Cross Motion

December 22, 2006:       Plaintiff's Opposition and Reply

February 5, 2007:           Defendant's Reply

A proposed order is attached.

      / s /
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

      / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

      / s /
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

Counsel for the Secretary

/ s /
ANDREW L. HURST
D.C. Bar No. 455471
REED SMITH LLP
1301 K Street, N.W.
Washington, D.C. 20005
(202) 414-9200

Counsel for Select Specialty
 Hospital-Houston Heights

Of Counsel:

Kevin R. Barry
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
(202) 414-9200