UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS,<br><br>        Plaintiff,<br><br>        v.<br><br>TOMMY G. THOMPSON,<br>Secretary of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:05CV01791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered the parties' Joint Notice and Motion to Set Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the parties are relieved of the obligations to make initial disclosures, to confer, to attend the Initial Scheduling conference which the Court has scheduled for July 31, 2006, and to submit a Joint Meet and Confer Statement, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, because this is an action for review on an administrative record; and it is further

ORDERED that the parties shall submit dispositive motions in accordance with the following briefing schedule:

    September 8, 2006:    Plaintiff's Motion for Summary Judgment

    November 7, 2006:    Defendant's Opposition and Cross Motion

    December 22, 2006:    Plaintiff's Opposition and Reply

February 5, 2007:   Defendant's Reply

---
UNITED STATES DISTRICT JUDGE