UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL HOUSTON HEIGHTS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>  Defendant. | Case No. 1:05CV01791 (RBW) |

## PLAINTIFF HOUSTON HEIGHTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Select Specialty Hospital – Houston Heights ("Houston Heights" or the "Hospital") hereby moves for the entry of judgment on its behalf. Entry of judgment on behalf of Houston Heights is appropriate because there are no disputed material facts, and because the agency decision that is the basis of this matter was arbitrary, capricious, and contrary to established law. The decision should be reversed because: (1) it is an unlawful application of the clear and unambiguous statutory requirements for Provider Reimbursement Review Board jurisdiction set forth at 42 U.S.C. § 1395oo; and (2) it is a plainly erroneous, inconsistent, and unreasonable interpretation of "full cost reporting period" as that term is used in the continuous improvement bonus ("CIB") eligibility criteria set forth at 42 U.S.C. § 1395ww(b)(2)(B)(i) and 42 C.F.R. § 413.40. Houston Heights' motion for summary

judgment should be granted and the Decision of the Administrator vacated such that the Intermediary is ordered to calculate and pay the Plaintiff its CIB for FYE August 31, 1999.

In support of its Motion, Houston Heights submits the accompanying memorandum of law, as well as a statement of material facts not in dispute as required by Rules 7.1(h) and 56.1 of the United States District Court for the District of Columbia.

WHEREFORE, for the foregoing reasons, the Court should enter judgment on behalf of Houston Heights.

Respectfully submitted,

<u>/s/   Andrew L. Hurst</u>
Andrew L. Hurst, D.C. Bar # 455471
Kevin R. Barry
Drew W. Carlson
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C.  20005
(202) 414-9200

Dated:  September 8, 2006