UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL<br>HOUSTON HEIGHTS,<br><br>      **Plaintiff,**<br><br>      v.<br><br>MICHAEL O. LEAVITT, SECRETARY<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>      **Defendant.** | Case No.  1:05CV01791 (RBW) |

## **ORDER GRANTING SUMMARY JUDGMENT**

Upon consideration of Plaintiff Select Specialty Hospital – Houston Heights' Motion For Summary Judgment, and the memoranda and argument in support and opposition thereof, this order shall issue this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

      **ORDERED** that Plaintiff's motion is hereby **GRANTED**, and it is further

      **ORDERED** that the Decision of the Administrator referenced in this matter is hereby **VACATED**, and it is further

      **ORDERED** that the Intermediary is ordered to calculate and pay the Plaintiff its Continuing Improvement Bonus for the fiscal year ending August 31, 1999.

IT IS SO ORDERED:

Dated:_____          _____
                                   Hon. Reggie B. Walton
                                   United States District Court Judge