UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS,<br><br>        Plaintiff,<br><br>        v.<br><br>TOMMY G. THOMPSON,<br>Secretary of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05CV01791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION TO ALTER/EXTEND
THE BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 21-day enlargement of time within which to file his Opposition and Cross Motion, and for a further 21-day enlargement of the parties' remaining briefing deadlines. In compliance with LCvR 7(m), on October 3, 2006, the undersigned counsel discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has graciously consented to this motion. This is Defendant's first request for an enlargement of time file his Opposition and Cross Motion. The grounds for this motion are set forth below.

1. On July 27, 2006, the Court entered the following briefing schedule:

Plaintiff's Motion for Summary Judgment:     September 8, 2006

Defendant's Opposition and Cross-Motion:     October 9, 2006

      Plaintiff's Opposition to Cross Motion and
Reply to Defendant's Opposition:     November 8, 2006

      Defendant's Reply to Plaintiff's Opposition: November 24, 2006.

See Minute Scheduling Order dated July 27, 2006.

      2. On September 8, 2006, Plaintiff filed its Motion for Summary Judgment. See Docket Entry No. 14.

      3. This case involves the Centers for Medicare and Medicaid Services ("CMS"), and thus, agency counsel has been delegated the primary responsibility for defending the Secretary. Agency counsel, Jonathan Brumer, has been working diligently to respond to Plaintiff's Motion and had hoped to be able to file Defendant's response on October 9, 2006. However, due to deadlines in counsel's other cases, counsel has been unable to formulate and complete Defendant's Opposition and Cross Motion prior to the current deadline. In the past month, among other assignments, Mr. Brumer has: reviewed a large number of documents for privilege and responsiveness in connection with a discovery response in the Matter of: Alaska Department of Health and Human Services, Departmental Appeals Board ("DAB") Docket Nos. A-06-99 and A-06-100 ("the Alaska case"), a complex Medicaid disallowance case; drafted and filed a Motion for Partial Reconsideration in Alpena Dialysis Servs., et. al., v. Thompson, 1:04CV00218 (D.D.C.); finalized a Department of Justice ("DOJ") settlement recommendation for Huntington Memorial Hosp., Health and Human Services ("HHS") Provider Reimbursement Review Board ("PRRB") Case Nos. 97-2370, 98-2796, 26-1268, 97-1564 (Fiscal Years 1991,

1992, 1993, and 1994) ("Huntington") and responded to numerous detailed inquiries from his client and superiors concerning that recommendation; negotiated with opposing counsel and reached an agreement in principle, subject to HHS and DOJ approval, on a settlement agreement which would dispose of two of his cases, Professional Home Care, Inc. v. Leavitt, 1:06CV00512 (D.D.C.) ("PHC") and The Medical Team v. Leavitt, 1:06CV01139 (D.D.C.) ("The Medical Team"); reviewed the Administrative Record and drafted and filed an Answer for The Medical Team; and represented the Secretary in two lengthy telephonic hearings with opposing counsel and a Centers for Medicare & Medicaid Services ("CMS") hearing officer regarding CMS' implementation of the Court's remand order and the adequacy of CMS' response to a discovery request in Harvard Pilgrim Health Care of New England v. Thompson, 02-0354 (D. R.I.) ("Harvard Pilgrim").

  4. Additionally, in the next few weeks, Mr. Brumer will be responsible for, among other things: sending out a discovery response and privilege log in connection with the Alaska case; drafting a position paper for the Matter of: Kaiser Foundation Health Plan, Inc., Case No. 2006-1, which is now pending before an Intermediary Hearing Officer; drafting a position paper and/or reviewing a supplemental discovery response in Harvard Pilgrim; and responding to CMS and DOJ inquiries and, where necessary and appropriate drafting CMS and DOJ settlement recommendations and/or settlement agreements in connection with the administrative appeals of Strong Memorial Hospital, HHS PRRB

Case Number 01-2979 (Fiscal Year Ending ("FYE") December 31, 1997), <u>Mercy Hospital v. Mutual of Omaha</u>, PRRB Case No. 01-0460 (FYE November 24, 1997), <u>Granada Hills</u>, PRRB Case Nos. 97-2371, 99-0252, 00-0111, 01-1186 (FYEs December 31, 1994, December 31, 1995, December 31, 1996, and December 31, 1997), <u>Huntington</u>, <u>White Memorial Hosp.</u>, PRRB Case No. 99-2075 (Fiscal Years 1995, 1996, and 1997), the <u>Appeal of SunStar Health Plan, Inc.</u>, Plan No. H-1031 (FYE February 29, 2000), <u>Mercy Hospital v. Mutual of Omaha</u>, PRRB Case No. 01-0460 (FYE November 24, 1997), <u>PHC</u>, and the <u>Medical Team</u>.

5. Accordingly, because this case requires a careful investigation of a large administrative record, counsel now needs the additional time requested in order to prepare and complete Defendant's Opposition and Cross Motion. Moreover, upon completion of Defendant's response, counsel will then need to allow time for the necessary supervisory review and approval.

6. Accordingly, the Secretary respectfully requests that the briefing schedule be extended as follows:

| | |
|---|---|
| Defendant's Opposition and Cross Motion: | October 30, 2006 |
| Plaintiff's Opposition and Reply: | November 29, 2006: |
| Defendant's Reply: | December 15, 2006: |

7. This request is made in good faith and not for purposes of delay.

A proposed order is attached.

Respectfully submitted,

_____/ s /_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405


Counsel for the Secretary