UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 1:05CV01791 (RBW) |
| TOMMY G. THOMPSON,<br>Secretary of Health and Human Services, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## **ORDER**

Having considered Defendant's Consent Motion to Alter/Extend the Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion is granted; and it is further

ORDERED that the briefing schedule be altered as follows:

Defendant's Opposition and Cross Motion:   October 30, 2006

Plaintiff's Opposition and Reply:   November 29, 2006:

Defendant's Reply:   December 15, 2006

_____
UNITED STATES DISTRICT JUDGE