# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SELECT SPECIALTY HOSPITAL-          )
HOUSTON HEIGHTS,                    )
                                    )
    Plaintiff,  )
                                    )
    v.          )  Case No. 1:05CV01791 (RBW)
                                    )
MICHAEL O. LEAVITT[1],              )
Secretary of Health and Human Services, )
                                    )
    Defendant.  )
_____)

## ORDER

Upon consideration of the parties' dispositive motions, any oppositions and replies thereto, and the entire record herein, it is this _____ day of _____, _____,

ORDERED that:

 1. Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and

 2. Plaintiff's Motion for Summary Judgment be, and hereby is, DENIED.

 3. Judgment be, and the same hereby is, entered for Defendant.


_____
_____UNITED STATES DISTRICT JUDGE

---

[1]  Michael O. Leavitt is substituted as Defendant pursuant to Fed. R. Civ. Pro. 25(d)(1).