UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT[1],<br>Secretary of Health and Human Services,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05CV01791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE**

For the contents of Defendant's Opposition to Plaintiff's Motion For Summary Judgment, please see Document No. 16.

                Respectfully submitted,

                / s /
                JEFFREY A. TAYLOR,
                United States Attorney
                D.C. Bar No. 498610

                / s /
                MEGAN L. ROSE
                Assistant United States Attorney
                N.C. Bar No. 28639
                Civil Division
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 514-7220/FAX: (202) 514-8780

---

[1] Michael O. Leavitt is substituted as Defendant pursuant to Fed. R. Civ. Pro. 25(d)(1).

                                               / s /
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405