## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL- HOUSTON HEIGHTS, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01791 (RBW) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
## OF DEFENDANT'S TIME TO FILE REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a forty-five (45) day enlargement of time within which to file his Reply. In compliance with LCvR 7(m), on November 30, 2006, the undersigned counsel discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has graciously consented to this motion. The grounds for this motion are set forth below.

1. On September 8, 2006, Plaintiff filed its Motion for Summary Judgment.

2. On October 5, 2006, the Secretary filed a Consent Motion to Alter/Amend the Briefing Schedule applicable to the remaining briefs in this case. On October 6, 2006, the Court granted Defendant's motion, and ordered a new briefing schedule under which the Secretary's Opposition and Cross-Motion was due by October 30, 2006, Plaintiff's Opposition and Reply was due by November 29, 2006, and the Secretary's Reply is due by December 15, 2006. See Minute Order dated October 6, 2006.

3.  On October 30, 2006, the Secretary filed an Opposition and Cross-Motion.

4.  On November 29, 2006, Plaintiff filed an Opposition and Reply.

5.  Notwithstanding the above filings, the possibility of resolving this matter without further litigation remains a possibility.  The Secretary's counsel now requests additional time in order to carefully evaluate this case and determine whether the parties can attempt to reach a compromise.  Given the complex nature of the jurisdictional issues presented, that determination will require extensive internal discussions among the Secretary's counsel and between counsel and the client agency.  Those discussions will take more time than they otherwise would because of the approach of the holiday season, when key agency attorneys and policy personnel are often unavailable.  The Secretary's counsel would like to be able to engage in these deliberations without at the same time having to contend with an imminent briefing deadline.

6.  Accordingly, in order to allow sufficient time for these internal deliberations, the Secretary respectfully requests an enlargement of time of forty-five (45) days, specifically up to and including January 29, 2007, within which to file Defendant's Reply.

7.  This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

Respectfully submitted,


_____/ s /_____

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/ s /_____

MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human
Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

Counsel for the Secretary

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, an electronic copy of the foregoing motion was served upon Plaintiff's counsel *via* the United States District Court's Electronic Case Filing program.

_____/ s /_____

MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780