UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05CV01791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Defendant's Time to File Reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the Defendant's Consent Motion for Enlargement of Defendant's Time to File Reply is hereby granted, and it is further

ORDERED that Defendant shall have through and including January 29, 2007 to file its Reply brief.

_____
UNITED STATES DISTRICT JUDGE