UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL – <br> HOUSTON HEIGHTS, <br> 1917 Ashland Street <br> Houston, Texas 77008, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary of Health and <br> Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:05CV01791 <br> (RBW) |

**CONSENT MOTION TO STAY PROCEEDINGS**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("the Secretary"), by his undersigned attorneys, respectfully moves that the Court stay the proceedings in this action for sixty (60) days to allow the parties to complete settlement discussions. In support of the instant motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. This action is fully briefed on the parties' cross-motions for summary judgment. Recently, subsequent to the close of the briefing, the parties initiated discussions exploring the

possibility of resolving this matter without the need for further litigation. Because the parties believe there is at least a reasonable chance these discussions will lead to settlement of this action, the parties respectfully propose a stay in the proceedings to facilitate continuation of settlement discussions.

    4. Plaintiff's counsel has indicated that he consents to the requested stay of the proceedings.

    WHEREFORE, Defendant respectfully requests that the Court stay all proceedings in this action, for sixty (60) days.

    A proposed Order is attached.

                                   Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D. C. Bar No. 498610


MEGAN L. ROSE
Assistant United States Attorney
D.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780

                                        JONATHAN BRUMER
                                        Attorney
                                        LAWRENCE J. HARDER
                                        Supervisory Trial Attorney
                                        U.S. Department of Health and Human Services
                                        Office of the General Counsel
                                        Centers for Medicare & Medicaid Services Division
                                        Room C2-05-23
                                        7500 Security Boulevard
                                        Baltimore, Maryland  21244-1850
                                        (410) 786-8080/FAX: (410) 786-5187

<u>OF COUNSEL</u>:

DANIEL MERON
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary of Health and <br> Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:05CV01791 <br> )   (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

THE COURT, having reviewed Defendant's Consent Motion to Stay Proceedings, finds that the parties are actively engaged in settlement discussions.

IT IS, THEREFORE, ORDERED THAT:

1. Proceedings in this matter are stayed for a period of sixty (60) days form the date of this Order, to allow the parties sufficient time to explore settlement;

2. The status conference currently scheduled for July 10, 2007, is continued.

_____
UNITED STATES DISTRICT JUDGE