# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL –<br>HOUSTON HEIGHTS,<br>1917 Ashland Street<br>Houston, Texas 77008,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05CV01791<br>(RBW) |

## CONSENT MOTION TO EXTEND STAY OF PROCEEDINGS

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("the Secretary"), by his undersigned attorneys, respectfully moves that the Court extend the stay of proceedings previously entered in this action for thirty (30) days to allow the parties to complete settlement discussions. In support of the instant motion, Defendant states as follows:

 1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

 2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 <u>et</u> <u>seq.</u>

3. This action is fully briefed on the parties' cross-motions for summary judgment. Subsequent to the close of the briefing, the parties initiated discussions exploring the possibility of resolving this matter without the need for further litigation. Because the parties believed there is at least a reasonable chance these discussions will lead to settlement of this action, the parties earlier proposed a stay in the proceedings to facilitate continuation of settlement discussions.

4. On June 19, 2007 the Court granted the motion to stay proceedings until August 20, 2007. Despite best efforts, the parties have not be able to complete settlement discussions at this time. They remain hopeful that their discussions will lead to resolution of this matter without the need for further litigation, but require more time to consult with their clients regarding the terms of a possible settlement. Therefore, the parties propose to extend the stay currently in place for an additional thirty (30) days.

5. Plaintiff's counsel has indicated that he consents to the requested extension of the stay of the proceedings.

WHEREFORE, Defendant respectfully requests that the Court extend the stay of proceedings in this action for an additional thirty (30) days.

A proposed Order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D. C. Bar No. 498610

        /s/
_____
MEGAN L. ROSE
Assistant United States Attorney
D.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372/FAX: (202) 514-8780


_____
JONATHAN BRUMER
Attorney
LAWRENCE J. HARDER
Supervisory Trial Attorney
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland  21244-1850
(410) 786-8080/FAX: (410) 786-5187

OF COUNSEL:

DANIEL MERON
Acting General Counsel

JANICE L. HOFFMAN
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01791 (RBW) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

THE COURT, having reviewed Defendant's Consent Motion to Extend Stay of Proceedings, finds that the parties are actively engaged in settlement discussions.

IT IS, THEREFORE, ORDERED THAT:

Proceedings in this matter are stayed for a an additional period of thirty (30) days form the date of this Order, to allow the parties sufficient time to explore settlement.

_____
UNITED STATES DISTRICT JUDGE