UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – ) <br> HOUSTON HEIGHTS, ) <br> 1917 Ashland Street ) <br> Houston, Texas 77008, ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary of Health and ) <br> Human Services, ) <br> 200 Independence Avenue, S.W. ) <br> Washington, D.C. 20201, ) <br> ) <br>     Defendant. ) <br> ) | Civil Action No. 05-1791 (RBW) |

**CONSENT MOTION TO EXTEND STAY OF PROCEEDINGS**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("the Secretary"), by his undersigned attorneys, respectfully moves that the Court extend the stay of proceedings previously entered in this action for thirty (30) days to allow the parties to complete settlement of this matter. In support of the instant motion, Defendant states as follows:

    1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

    2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 <u>et</u> <u>seq.</u>

     3. Proceedings in this matter are currently stayed until September 20, 2007 to allow the parties to engage in settlement discussions. The parties have now completed those discussions and have reached an agreement in principle to settle this case. Nevertheless, despite their best efforts, the parties require more time to obtain all necessary approvals of their tentative agreement and to reduce that agreement to a mutually agreeable writing. Therefore, the parties propose to extend the stay currently in place for an additional thirty (30) days.

     4. Plaintiff's counsel has indicated that he consents to the requested extension of the stay of the proceedings.

     WHEREFORE, Defendant respectfully requests that the Court extend the stay of proceedings in this action for an additional thirty (30) days.

     A proposed Order is attached.

                                     Respectfully submitted,

                                     s/ Jeffrey A. Taylor
                            JEFFREY A. TAYLOR
                            United States Attorney
                            D. C. Bar No. 498610

                                     s/ Peter S. Smith
                            PETER S. SMITH
                            Assistant United States Attorney
                            D.C. Bar No. 465131
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 307-0372

          s/Lawrence J. Harder
          JONATHAN BRUMER
          Attorney
          LAWRENCE J. HARDER
          Supervisory Trial Attorney
          U.S. Department of Health and Human Services
          Office of the General Counsel
          Centers for Medicare & Medicaid Services Division
          Room C2-05-23
          7500 Security Boulevard
          Baltimore, Maryland  21244-1850
          (410) 786-8080/FAX: (410) 786-5187

OF COUNSEL:

DANIEL MERON
General Counsel

MARK D. POLSTON
Acting Associate General Counsel

MARCUS H. CHRIST
Acting Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services