# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL O. LEAVITT, </br>Secretary of Health and </br>Human Services, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-1791 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## **ORDER**

THE COURT, having reviewed Defendant's Consent Motion to Extend Stay of Proceedings, finds that the parties are actively engaged in settlement discussions.

IT IS, THEREFORE, ORDERED THAT:

Proceedings in this matter are stayed for a an additional period of thirty (30) days form the date of this Order, to allow the parties sufficient time to complete settlement of this case.

_____
UNITED STATES DISTRICT JUDGE