UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-1791 (RBW)

**CONSENT MOTION TO EXTEND STAY OF PROCEEDINGS**

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("the Secretary"), by his undersigned attorneys, respectfully moves the Court to extend the stay of proceedings previously entered in this action for four (4) days, until October 26, 2007, to allow the parties to complete settlement of this matter. In connection with Local Civil Rule 7(m), we have discussed the relief requested in this Motion with counsel for Plaintiff, who indicated that Plaintiff consents to the requested extension of the stay of the proceedings. We recognize the Court's expectation that motions for extensions of time will be submitted four days in advance of the deadline for which the extension is sought. Defendant expected that the parties would be able to file a stipulation of dismissal today and only this afternoon realized that the parties would be unable to do so, necessitating the filing of this Motion.

In support of the instant Motion, Defendant states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Proceedings in this matter are currently stayed until October 22, 2007 to allow the parties to engage in settlement discussions. The parties have now completed those discussions, have reached an agreement in principle to settle this case, and have obtained all necessary approvals for settlement. Nevertheless, despite their best efforts, the parties require more time to reduce their proposed settlement agreement to a mutually agreeable writing. Therefore, the parties propose to extend the stay currently in place for an additional four (4) days, until October 26, 2007.

WHEREFORE, Defendant respectfully requests that the Court extend the stay of proceedings in this action for an additional four (4) days.

A proposed Order is attached.

                                                Respectfully submitted,

                                                s/ Jeffrey A. Taylor/pss
                                      _____
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D. C. Bar No. 498610

                                                s/ Peter S. Smith
                                      _____
                                      PETER S. SMITH
                                      Assistant United States Attorney
                                      D.C. Bar No. 465131
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 307-0372

                              s/ Lawrence J. Harder

JONATHAN BRUMER  
Attorney  
LAWRENCE J. HARDER  
Supervisory Trial Attorney  
U.S. Department of Health and Human Services  
Office of the General Counsel  
Centers for Medicare & Medicaid Services Division  
Room C2-05-23  
7500 Security Boulevard  
Baltimore, Maryland  21244-1850  
(410) 786-8080/FAX: (410) 786-5187

OF COUNSEL:

DANIEL MERON  
General Counsel

CAROL BENNETT  
Acting Associate General Counsel

MARK D. POLSTON  
Deputy Associate General  
 Counsel for Litigation

United States Department of  
 Health and Human Services