UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL – HOUSTON HEIGHTS,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and<br>Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1791 (RBW) |

## ORDER

THE COURT, having reviewed Defendant's Consent Motion to Extend Stay of Proceedings, orders that the Motion is GRANTED and that proceedings in this matter are stayed until October 26, 2007.

_____  _____
UNITED STATES DISTRICT JUDGE