UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELECT SPECIALTY HOSPITAL-<br>HOUSTON HEIGHTS,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL LEAVITT,<br>Secretary of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 05-1791 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

                                              Respectfully submitted,

                                              /s Peter S. Smith
                                              PETER S. SMITH, D.C. Bar #465131
                                              Assistant United States Attorney
                                              Civil Division
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 307-0372
                                              (202) 514-8780 (fax)